IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. Action No. 4:12-00056-D

| | | |
|---|---|---|
| GLORIA R. FARRIOR, | ) | |
|     Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and § 1383(c)(3), and in light of the Commissioner's request, with Plaintiff's consent, to remand this action for further administrative proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed.2d 78 (1991); Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __18__ day of June 2012

JAMES C. DEVER, III
Chief United States District Judge