# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

| | |
|---|---|
| GLORIA ROBERTS FARRIOR,  )  <br>      Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br>  )  | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE,  )  <br> *Commissioner of the Social*  )  <br> *Security Administration,*  )  <br>      Defendant.  )  | **CASE NO. 4:12-CV-56-D** |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 18, 2012,** WITH A COPY TO:

Cynthia M. Currin  (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)


June 18, 2012                                                       JULIE A. RICHARDS, Clerk
Date                                                               Eastern District of North Carolina

                                                                          /s/Debby Sawyer
                                                                          (By) Deputy Clerk

Raleigh, North Carolina